Marc Toberoff (CA State Bar No. 188547)
    mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiff Clive Barker

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIVE BARKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARK AVENUE ENTERTAINMENT, LCC, a California limited liability company; LAWRENCE L. KUPPIN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 20-05296-JWH (JCx)<br><br>[Hon. John W. Holcomb]<br><br>**STIPULATED CONSENT JUDGEMENT PURSUANT TO SETTLEMENT AGREEMENT** |

WHEREAS, Plaintiff Clive Barker, through his counsel, filed a Complaint herein for a Declaratory Judgment;

WHEREAS, the parties thereafter engaged in meaningful settlement discussions and have entered into a Settlement Agreement dated as of November 18, 2020 which provides for the filing of this Stipulated Consent Judgment, and

WHEREAS, Plaintiffs and Defendants agree that this Court has jurisdiction over them and the subject matter of this action, agree to be bound by this Stipulated Consent Judgment and knowingly waive their respective right to appeal its entry.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that, pending approval of the Court, the following Final Judgment be entered:

1. Plaintiff Clive Barker authored the novella, <u>The Hellbound Heart</u> (the "Book"), first published in November 1986, and Plaintiff also authored in 1986 the motion picture screenplay entitled "Hellraiser" (the "Screenplay") derived from his Book (collectively, the Book and Screenplay are the "Works"), on which the 1987 film "Hellraiser" and ensuing franchise were based.

2. In an agreement dated September 9, 1986 Plaintiff assigned his rights under copyright, excluding publishing rights, in the Works to Rivdel Limited ("Rivdel"), a United Kingdom company, and thereafter Rivdel assigned rights in the Works to New World Pictures, Ltd. ("New World"), whose co-founder and principal was Defendant Lawrence L. Kuppin ("Kuppin").

3. Defendant Park Avenue Entertainment, LLC ("Park Avenue"), a California LLC controlled by Kuppin, is the successor-in-interest to certain of New World's rights in the Works.

4. On December 18, 2019, Plaintiff served a notice of termination under Section 203(a) of the Copyright Act on Rivdel and its original successor-in-interest New World, of Plaintiff's underlying grant of rights under copyright

to his Works (the "Termination Notice").

5. The statutory Termination Notice bore an effective termination date of December 19, 2021, and both its service and termination dates were within the time windows proscribed by 17 U.S.C. § 203(a), and Plaintiff duly filed the Termination Notice with the U.S. Copyright Office on February 28, 2020.

6. Plaintiff's Termination Notice is valid and effective and on December 19, 2021, the termination date noticed therein, Plaintiff Clive Barker will thereby recapture under 17 U.S.C. § 203(a), all rights under the United States copyright in his Works previously transferred by Plaintiff, free and clear of any claim, cause of action, encumbrance or liability.

7. The parties knowingly waived their respective right of appeal with respect to this Stipulated Consent Judgment.

DATED: November 18, 2020

_____
MARC TOBEROFF
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Plaintiff CLIVE BARKER

DATED: November 18, 2020

_____
LAWRENCE L. KUPPIN, individually
and as the authorized signatory for
PARK AVENUE ENTERTAINMENT, LLC

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, based on the parties' settlement and stipulation and for good cause shown, that the above Judgment is entered accordingly, and the Clerk of Court is instructed to close this case.

DATED: _____   _____
                                  UNITED STATES DISTRICT JUDGE